ALONZO W. LAWRENCE v. ROBERT W. SCHROF.

September 16, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 624)

STATE OF NEW JERSEY v. NORWOOD L. WHITE.

September 16, 1980.

Petition for certification denied.

BOROUGH OF BEACH HAVEN v. ROBERT D. SPIEGLE.

September 16, 1980.

Petition for certification denied.

MARGUERITA B. KIDA v. ROBERT H. KIDA.

September 16, 1980.

Petition for certification denied.